IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS ALVAREZ, et al. | : |
| Plaintiffs, | : |
| v. | : NO. 2:15-cv-8446-KSH-CLW |
| FEDERAL SIGNAL CORP., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK:

It is stipulated by and between the attorneys for the parties that the claims of all the Plaintiffs are hereby dismissed without prejudice, as to all parties in this action, subject to the terms of a Tolling Agreement executed by the parties hereto and that each side shall bear their own costs and fees.

Respectfully Submitted,

BERN CAPPELLI, LLP

Dated: July 5, 2018

By: /s/ Thomas J. Joyce, III
THOMAS J. JOYCE, III
101 West Elm Street
Suite 215
Conshohocken, PA 19428
Attorney for Plaintiffs

MCCARTER & ENGLISH

By: /s/ Edward J. Fanning, Jr.
EDWARD J. FANNING, JR.
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Attorney for Defendant, Federal Signal Corp

ME1 27585384v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2018, a copy of the foregoing Stipulation of Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

7/10/18 So ordered:

/s/ Edward J. Fanning, Jr.

ME1 27585384v.1